FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV -2 2016
ARTHUR JOHNSTON
BY ________ DEPUTY

(Last Name) (Identification Number)
Aaron 196254
(First Name) (Middle Name)
Aaron James
(Institution)
MDOC
(Address) CMCF A1P.O. Box 8850 Pearl, MS 39208
(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.

CIVIL ACTION NUMBER: 3:16cv857-HTW-LRA
(to be completed by the Court)

Mary Rushing
Deputy Corey
Raven Dobbs
Deputy Owens
(Enter the full name of the defendant(s) in this action)

"Demanding Jury Trial"

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓) No ( )

B. Are you presently incarcerated?
Yes (✓) No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( ) No (✓)

D. Are you presently incarcerated for a parole or probation violation?
Yes ( ) No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes (✓) No ( )

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes (✓) No ( )

**PARTIES**

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Aaron Aaron Prisoner Number: 196254

Address: ~~CMCF II P.O. Box 8850 Pearl MS, 39208~~
~~Scoo~~ Scott County CSWP
530 airport Rd forest, Ms 39074

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Deputy Corey is employed as Road Deputy Sheriff (HCS) at HINDS County Sheriff Department

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Aaron Aaron

ADDRESS: ~~CMCF AII P.O. Box 8850 Pearl Ms, 39208~~
Scott county CSWP 530 airport Rd
Forest, MS 39074

DEFENDANT(S):

| NAME: | ADDRESS: |
| --- | --- |
| Deputy Corey | 407 E. Pasaguola St. 39209 |
| Mary Rushing | 1450 County farm Road, 39154 |
| Ravens Dabbs | 1450 County farm Road, 39154 |
| Deputy Owens | 1450 County farm Road, 39154 |

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**

**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action:________________________________________
2. Court (if federal court, name the district; if state court, name the county):________
3. Docket Number:________________________________________
4. Name of judge to whom case was assigned:______________________
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)__________________________________

CASE NUMBER 2.

1. Parties to the action:________________________________________
2. Court (if federal court, name the district; if state court, name the county):________
3. Docket Number:________________________________________
4. Name of judge to whom case was assigned:______________________
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)__________________________________

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

August 8, 2016 around 10:17 Mary Rushing is the one who told them to assualt me Raven Dabbs is the one who opended my door for them. Deputy Owens brought the Road deputys to my cell and lied saying I Hit the warden. Deputy Corey is the one who Assualted me with his hands and feets and also His taser when I didn't oppose a threat towards none of the defendants is this case.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

~~I would like to get compinsated~~

I would like to get compencatory and punitive, monetory compensation

Signed this 10 day of 30, 2016.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Aaron Aaron
Signature of plaintiff